(A.R.D. 246)

THE A. W. FENTON CO., INC. *v.* UNITED STATES

Entry No. 5057, etc.

First Division, Appellate Term

(Decided October 28, 1968)

*Barnes, Richardson & Colburn* for the appellant.
*Edwin L. Weisl, Jr.*, Assistant Attorney General, for the appellee.

Before WATSON, MALETZ, and NEWMAN, Judges

WATSON, Judge: This application for review of the decision and judgment heretofore rendered by Judge Frederick Landis (R.D. 11556), having been formally abandoned, the same is hereby dismissed.